UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 2 8 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

| | |
|---|---|
| JOSE CAMACHO and <br> LINDA CAMACHO <br><br> Plaintiffs <br><br> v. <br><br> CONN APPLIANCES, INC. <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL NO. SA-16-CA-261-OLG <br> ) <br> ) <br> ) <br> ) |

## ORDER

The parties in this case filed their Stipulation to Arbitration on June 22, 2016. Docket no. 6. The parties stipulate that all claims asserted herein are subject to binding arbitration, and request that the Court order this case to arbitration and stay these proceedings until completion of arbitration. If all issues in the lawsuit must be arbitrated, and the arbitration is binding, a stay serves no purpose. Dismissal is more appropriate under the circumstances. *Fedmet Corp. v. M/V Buyalyk*, 194 F.3d 674, 678 (5th Cir. 1999); *Alford v. Dean Witter Reynolds, Inc.*, 975 F.2d 1161, 1164 (5th Cir. 1992).

It is therefore ORDERED that all claims asserted herein are DISMISSED without prejudice in favor of arbitration. The Clerk of the Court may close this case and the parties shall proceed with binding arbitration as provided in the contractual agreement from which the claims arose.

SIGNED and ENTERED this 28th day of June, 2016.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE